IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL WISEMAN, ESQ. as NEXT FRIEND TO LARRY RUSH, | : : | |
| Petitioner, | : | CIVIL ACTION |
| | : | CAPITAL CASE |
| v. | : | NO. 08-4843 |
| | : | |
| JEFFREY BEARD, et al. | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this  8TH  day of June, 2009, it is **ORDERED** that:

- Michael Wiseman is appointed to represent Larry Rush nunc pro tunc as of October 9, 2008.

- The caption in this case shall be amended to eliminate the words "Michael Wiseman, Esq. as Next Friend to."

- Respondents shall file a response to this petition for habeas corpus by **July 13, 2009.**

s/Anita B. Brody

_____
ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: