UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY RUSH, <br><br> Petitioner, <br><br> v. <br><br> JEFFREY BEARD, *et al.*, <br><br> Respondents. | Civil Action No. 08-4843 <br><br> CAPITAL CASE <br><br> **ORDER** |

For the reasons stated in the accompanying Opinion filed herewith:

**IT IS** therefore on this 1st day of **August 2018,**

**ORDERED** that Grounds Two (a) and (b), Three, Six, Seven, Eight, Ten, Eleven, Thirteen, Fourteen, Fifteen and Sixteen of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (ECF No. 1-1) are dismissed with prejudice as procedurally defaulted; Ground Thirteen is alternatively denied on the merits; and it is further

**ORDERED** that Grounds One and Four are denied on the merits; and it is further

**ORDERED** that Ground Nine is held in abeyance pending an evidentiary hearing pursuant to 28 U.S.C. § 2254(e)(2); and it is further

**ORDERED** that a pre-hearing telephone conference call will be held with counsel on September 25, 2018, at 11:00 a.m., to determine the logistics of the evidentiary hearing, which will be held before the undersigned in the Eastern District of Pennsylvania.

                                                                   s/ Joseph H. Rodriguez
                                                                    JOSEPH H. RODRIGUEZ
                                                                    United States District Judge